**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                                          )<br><br>SHARP et al                            )<br><br>Defendant.                         ) | No.  24-CR-10002-NMG |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the

government.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

Dated: February 11, 2025          By:     */s/ James R. Drabick*
                                                    JAMES R. DRABICK
                                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 11, 2025          By:     */s/ James R. Drabick*
                                                    JAMES R. DRABICK
                                                    Assistant United States Attorney